THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE ARTEM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY DEPARTMENT OF ADULT AND JUVENILE DETENTION,<br><br>　　　　　Defendant. | CASE NO. C16-1636-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration of the Organic Act of 1871 (Dkt. No. 14). The basis for Plaintiff's motion is unclear. However, even if the Court understood the motion, it should be filed in state court given that the Court remanded this case on December 16, 2016. (Dkt No. 11 at 2.) Accordingly, the Court DENIES Plaintiff's motion (Dkt. No. 14).

DATED this 29th day of May 2020.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C16-1636-JCC
PAGE - 1